**Lewis Baach Kaufmann Middlemiss PLLC**

John W. Moscow
212 822 0164
john.moscow@lbkmlaw.com

September 25, 2019

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten annotation: Upon filing of an appearance by Sharon McCarthy, Esq., Att'y Victoria Davidson is relieved. The conf. is adjourned to Oct. 2, 2019 2:30 pm, and trial is adjourned until then. 9-25-19 /s/ Alvin Hellerstein]*

Re: USA v. George Guldi & Victoria Davidson, 19-CR-126 (AKH)

Dear Judge Hellerstein:

I represent Victoria Davidson in the above referenced case. The case is next on this Friday, September 27, 2019, where, among other issues, my request for withdrawal is to be discussed and decided. Yesterday, I was informed by Sharon McCarthy, of Kostelanetz & Fink, LLP, that she will be retained by Ms. Davidson, contingent on the Court granting my motion to be relieved.

Ms. McCarthy has asked that the matter be adjourned for a short period of time so that she may appear with Ms. Davidson. Ms. McCarthy and I are available on both the afternoon of October 1, 2019, and the morning of October 2, 2019. Assistant United States Attorney Matthew Hellman consents to this brief adjournment and is also available those days. If the proposed dates are inconvenient for the Court, we will make ourselves available at the Court's direction.

I thank the Court for its time and attention.

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/26/19]*

Respectively Submitted,

John W. Moscow

John W. Moscow

cc: AUSA Matthew Hellman, Via ECF
Victoria Davidson, Via Email (*vcdavidson@gmail.com*)
Jason H. Berland, Via Email (*jason.berland@lbkmlaw.com*)
Sharon McCarthy, Via Email (*smccarthy@kflaw.com*)