KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 260
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
6/21/21

June 16, 2021

*Via* **ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. George Guldi, et al.,</u>
19 Cr. 126 (AKH)

Dear Judge Hellerstein:

I write further to the attached order appointing me to represent Ms. Davidson pursuant to the Criminal Justice Act ("CJA") with the assistance of my colleague Daniel Davidson.

I am requesting approval for Mr. Davidson, an associate attorney, to bill 150 hours on this case. Although the Court has already authorized Mr. Davidson to work on this case, no specific billing parameters have been approved by the Court. Enclosed with this letter are Mr. Davidson's Attorney Acknowledgment Form and Associate Representation Form, both of which were submitted to the CJA Clerk in November 2020. Please note that Mr. Davidson has already been reimbursed by the Court for 12.5 hours of billable work at the rate of $90 per hour. Given the scope of this case and the need to prepare for trial, I estimate that Mr. Davidson will perform approximately 150 hours of work on this case.

The trial of this matter is set for January 18, 2022, and the defense team has been working on this case. I therefore respectfully request that the Court approve this request.

Respectfully,

Sharon L. McCarthy

WASHINGTON, DC OFFICE

601 NEW JERSEY AVENUE, NW, SU

WASHINGTON, DC 20001

——

TEL: (202) 875-8000

FAX: (202) 844-3500

**<u>Filed on ECF</u>**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
## Attorney Acknowledgment Form



Under the CJA eVoucher System you will be filing CJA vouchers and related documents electronically with the Southern District of New York. When using the CJA eVoucher System you must abide by the Federal Rules of Civil and Criminal Procedure, CJA Guidelines, the Local Rules, and any administrative orders and policies of the Southern District of New York and Second Circuit Court of Appeals.

You have full responsibility to ensure your user information, including your billing information, is accurate.

The combination of the username and password within the CJA eVoucher System will serve as your signature when filing a voucher or document under the afore-referenced rules and procedures. Therefore, you are responsible for protecting and securing the password against unauthorized use. If you have any reason to suspect that your password has been compromised, you are responsible for immediately notifying the Clerk of Court of the suspected breach of security.

 I hereby acknowledge and confirm that I have full responsibility to ensure my information is accurate and current in the CJA eVoucher Program. All vouchers/documents filed will be in accordance with the policies and guidelines outlined in this form.

Attorney's Name          Daniel Davidson

Address          Kostelanetz & Fink LLP

7 World Trade Center, 34th Fl

New York, NY 10007

Email Address          ddavidson@kflaw.com

Telephone          212-808-8100

Attorney's Signature

Date          November 13, 2020

Associate Name: Daniel Davidson _____

| Case Number | CJA Attorney's Name | Client's Name | Start Date | Hourly Rate |
|---|---|---|---|---|
| 19-cr-126 | Sharon L. McCarthy | Victoria Davidson | 6/30/2020 | $90 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The completed form is emailed to **CJAclerk@nysd.uscourts.gov**.