**KOSTELANETZ & FINK, LLP**

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007
—
TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 260
WASHINGTON, DC 20001
—
TEL: (202) 875-8000
FAX: (202) 844-3500

> Application denied.  Trial resources are scarce, and extensions cannot be accommodated.
>
> /s/ Alvin K. Hellerstein
> January 24, 2022

December 15, 2021

**Filed on ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>United States v. George Guldi, et al.</u>,
     19 Cr. 126 (AKH)

Dear Judge Hellerstein:

We represent defendant Victoria Davidson in the above-captioned matter, which is scheduled to proceed to trial on May 31, 2022.  I write with the consent of counsel for co-defendant George Guldi and the government to request a brief adjournment of the trial date to either the week of June 6, 2022, or the week of June 13, 2022.  I am making this request so that I can attend both of my children's college graduations, which straddle the May 31st date.

I am advised by counsel for Mr. Guldi that they are not available to try this case in July 2022.

I thank the Court for considering this request.

               Respectfully,

               Sharon L. McCarthy

cc: AUSA Danielle Kudla
   AUSA Mary Christine Slavik
   Ian Marcus Amelkin
   Tamara Giwa