UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
UNITED STATES OF AMERICA
:     PRELIMINARY ORDER OF
- v. -                                  FORFEITURE/
:     MONEY JUDGMENT
VICTORIA DAVIDSON
:     S1 19 Cr. 126 (AKH)
     Defendant.
:
------------------------------------- x

        WHEREAS, on or about August 24, 2022, VICTORIA DAVIDSON (the "Defendant"), was charged in three counts of a five-count Superseding Indictment, S1 19 Cr. 126 (AKH) (the "Indictment"), with conspiracy to commit wire fraud and bank fraud, in violation of Title 18, United States Code, Section 1349 (Count One); wire fraud, in violation of Title 18, United States Cde, Sections 1343 and 2 (Count Three); and bank fraud, in violation of Title 18, United States Code, Sections 1344 and 2 (Count Five);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Five of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), of any and all property, constituting or derived from proceeds obtained, directly or indirectly, as a result of the commission of the offenses charged in Counts One through Five of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One through Five of the Indictment;

        WHEREAS, on or about January 25, 2023, the Defendant was found guilty, following a jury trial, of Counts One, Three, and Five of the Indictment;

WHEREAS, the Government asserts that $253,236 in United States currency represents the proceeds traceable to the commission of the offenses charged in Counts One, Three and Five of the Indictment that the Defendant obtained directly or indirectly;

WHEREAS, the Government seeks a money judgment in the amount of $253,236 in United States currency, pursuant to Title 18, United States Code, Section 982(a)(2)(A), representing the proceeds traceable to the commission of the offenses charged in Counts One, Three and Five of the Indictment that the Defendant obtained directly or indirectly, for which the Defendant is jointly and severally liable with co-defendant George Guldi ("Guldi"), to the extent a forfeiture money judgment is entered against Guldi in this case; and

WHEREAS, the Court finds that as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Count One, Three and Five of the Indictment that the Defendant obtained directly or indirectly cannot be located upon the exercise of due diligence.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts One, Three, and Five of the Indictment, to which the Defendant was found guilty following a jury trial, a money judgment in the amount of $253,236 in United States currency (the "Money Judgment"), representing the proceeds traceable to the offenses charged in Counts One, Three, and Five of the Indictment that the Defendant obtained directly or indirectly, for which the Defendant is jointly and severally liable with Guldi, to the extent a forfeiture money judgment is entered against Guldi in this case, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, and shall be deemed

part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. United States Marshals Service (or its designee) is authorized to deposit the payment on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

7. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Dated: New York, New York
March 23, 2023

SO ORDERED:

HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE