# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

April 18, 2023

**By ECF**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten: Sentencing is adjourned to June 27, 2023, at 12:00 pm. 4-19-23 A.K. Hellerstein]*

Re:   *United States v. Victoria Davidson*, No. 19 Cr. 126 (AKH)

Dear Judge Hellerstein:

      With the consent of the government, I write on behalf of Victoria Davidson to respectfully request a thirty-day adjournment of the sentencing hearing scheduled for May 31, 2023. As the Court is aware, I was substituted for Ms. Davidson's trial counsel on March 24. The Probation Department issued the first draft of the Pre-sentence Investigation Report three days later. In the intervening three to four weeks, I have been working to familiarize myself with the trial materials and to collect as much mitigation evidence as I could in that time. I will need more time, however, to work on Ms. Davidson's sentencing submission. According to chambers, the Court is available the week of June 26. The defense is available the entire week except for the following times: 11:00 to 1:00 on June 26 and June 28 and 2:30 to 3:30 on June 29.

      I have conferred with AUSA Madison Smyser, who advises me that the government has no objection to this request in light of all facts and circumstances at this time, but given the length of time this matter has been pending, and that it involves a victim, the government expects to oppose any further request to adjourn. Thank you for your considerate attention to this request.

Respectfully submitted,

Ezra Spilke

cc:   All counsel of record, by ECF
      USPO Pamela Flemen