# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

June 21, 2023

**By ECF and Facsimile**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: 212-805-7942

Re:   *United States v. Victoria Davidson*, No. 19 Cr. 126 (AKH)

Dear Judge Hellerstein:

I write on behalf of Victoria Davidson to respectfully request an adjournment of the sentencing hearing scheduled for June 26, 2023. I concluded a murder trial before Judge Caproni in *United States v. Jonathan Garcia*, 19 Cr. 862, on Thursday, June 15. In the past few weeks, my attention increasingly turned to trial preparation and away from other work. I have only recently received support letters. In addition, I am still awaiting information relevant to sentencing.

This is the second request for an adjournment. The first, filed on April 18, was granted.

I understand that a time convenient to the Court is September 19, 2023, at 11:00 AM. I also understand that the government consents only to a brief adjournment due to the time since trial. The parties are discussing the impact of proposed § 4C1.1 of the Sentencing Guidelines, which awards a two-level offense level decrease to qualifying defendants. Ms. Davidson appears to be one of the rare people who are eligible for such a reduction. The government does not believe that those discussions are a basis for an adjournment. Thank you for the Court's consideration.

Respectfully submitted,

Ezra Spilke

cc:   All counsel of record, by ECF
      USPO Pamela Flemen