**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 10, 2023

*So ordered*
*10-10-23*
*/s/ AKH*

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Victoria Davidson*,
             S1 19 Cr. 126 (AKH)

Dear Judge Hellerstein:

    The Government respectfully writes concerning scheduling in the above-referenced matter.

    At the defendant's sentencing on October 4, 2023, the Court deferred resolution of (i) the amount of restitution to be ordered for legal fees incurred by Ditech and (ii) the defendant's surrender date, and it set a conference for 2:30 pm on October 31, 2023, at which those issues will be addressed. The Court further directed the parties to confer and agree upon a briefing schedule in advance that conference. After conferring, the parties jointly propose the following schedule:

| | |
|---|---|
| October 11, 2023: | Defense to submit any objections to restitution for legal fees incurred by Ditech. |
| October 18, 2023: | Government to respond to defense's objections concerning restitution for legal fees incurred by Ditech, and to set forth arguments concerning the defendant's surrender date. |
| October 25, 2023: | Defense to respond to Government's arguments concerning the defendant's surrender date. |

Honorable Alvin K. Hellerstein
United States District Judge
October 10, 2023
Page 2

                                           Respectfully submitted,

                                           DAMIAN WILLIAMS
                                           United States Attorney

By:   s/_____
       Madison Reddick Smyser
       Jonathan L. Bodansky
       Daniel C. Richenthal
       Assistant United States Attorneys
       (212) 637-2381/2385/2109

cc:    (by ECF)

       Ezra Spilke, Esq.