UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA                       :
                                               :
                                               :  **ORDER**
           -against-                            :
                                               :  19 Cr. 126 (AKH)
                                               :
                                               :
VICTORIA DAVIDSON,                             :
                                               :
                               Defendant.      :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Government shall submit a reply to Defendant's October 25, 2023 letter in opposition to the Government's submission concerning the appropriate surrender date. The reply should be limited to the issue of the Court's discretion to extend the timeline for a surrender date, and it should cite the authority supporting its arguments. This briefing should be filed by 12:00 p.m. on Monday, October 30, 2023.

      SO ORDERED.

Dated:   October 25, 2023                     /s/ Alvin Hellerstein
          New York, New York              ALVIN K. HELLERSTEIN
                                           United States District Judge