UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                 :
UNITED STATES OF AMERICA,                 :
                                                 :      **ORDER**
            -against-                             :      19 Cr. 126 (AKH)
                                                 :
VICTORIA DAVIDSON,                          :
                    Defendant.                  :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The hearing on Victoria Davidson's restitution and surrender date scheduled for October 31, 2023 is rescheduled for November 16, 2023 at 2:30 p.m. The parties should agree on the amount of legal fees to be included in Victoria Davidson's restitution payment ahead of this hearing.

                SO ORDERED.

Dated:       October 30, 2023           ___/s/ Alvin K. Hellerstein_____
                New York, New York           ALVIN K. HELLERSTEIN
                                                         United States District Judge