Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

December 27, 2023

**By ECF**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

Dated: 12/28/23
New York, New York

/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
United States District Judge

Re:   *United States v. Victoria Davidson*,
      No. 19 Cr. 126 (AKH)

Your Honor:

With the government's consent, I write to request an extension to January 3, 2024, one week from today, for the filing of Victoria Davidson's response to the government's December 20, 2023, letter brief opposing bail pending appeal. Between the holidays and working on a Second Circuit reply to a 120-page government brief, I require a little more time to respond. I have conferred with AUSA Madison Smyser who notifies me that the government has no objection to this application. Happy holidays and happy new year.

Respectfully submitted,

Ezra Spilke

cc:   All counsel of record, by ECF