# Skotko Law PLLC

Anna M. Skotko
Principal
anna@skotkolaw.com

February 13, 2025

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

VIA ECF AND EMAIL

Re:   *United States v. Davidson*, 19 Cr. 126 (AKH)
      Request for Adjournment of Hearing

Dear Judge Hellerstein:

    I have been retained by Ms. Victoria Davidson to represent her in connection with the non-compliance report and violation of supervised release in the above-referenced matter. I have been in communication with Probation Officer Michael Jones and the government.

    Ms. Davidson is now fully up-to-date with her restitution payments, having paid approximately $2,073 toward restitution since January 21, 2025. In addition, she has also fully paid the $300 special assessment.

    The Probation Office has requested that Ms. Davidson complete new financial disclosure paperwork and that we meet to review the forms and required supporting documentation together. To allow time for the parties to complete and review the forms and supporting documentation, the parties jointly request a one-week adjournment of the hearing scheduled for February 19, 2025 at 4:00pm.

**The VOSR conference scheduled for February 19, 2025 is adjourned to February 27, 2025 at 9:30 a.m., and will be held in Courtroom 26B.**

**/s/ Alvin K. Hellerstein, U.S.D.J.**
**2/18/2025**

Respectfully submitted,

/s/ *Anna Skotko*

Anna M. Skotko, Esq.