UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA,              :    **SCHEDULING ORDER**
:
:
-against-                              :    19 Cr. 126 (AKH)
:
:
VICTORIA DAVIDSON,                     :
:
                        Defendant.     :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The violation of supervised release conference scheduled in this matter for September 10, 2025 at 9:45 a.m. will be held in Courtroom 23B of the Daniel Patrick Moynihan U.S. Courthouse.

SO ORDERED.

Dated:    September 8, 2025                  /s/ Alvin K. Hellerstein
          New York, New York            ALVIN K. HELLERSTEIN
                                        United States District Judge

1